**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EMILY LUCAS,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,

Defendants.

Case No. 26-cv-02774-BAS-DEB

**ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 8)**

On August 14, 2026, Defendant County of San Diego moved to dismiss Plaintiff's First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 8.) Plaintiff did not file an opposition. Rather, the parties agreed to allow Plaintiff to file a Second Amended Complaint and filed a joint motion to that effect on August 28, 2026. (ECF No. 13.) On September 1, 2026, the Court granted the joint motion and ordered Plaintiff to file her Second Amended Complaint no later than September 8, 2026. (ECF No. 14.) Plaintiff timely filed her Second Amended Complaint on September 8, 2026. (ECF No. 17.)

Plaintiff's "amended complaint supersedes" the prior edition of the complaint, which is now treated as "non-existent." *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857

(9th Cir. 2011). The Court therefore **TERMINATES AS MOOT** Defendant's motion to dismiss Plaintiff's First Amended Complaint (ECF No. 8).

**IT IS SO ORDERED.**

**DATED: September 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**